AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barreca, Marc L. | United States Bankruptcy Court, Western District of WA | 5/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street, Room 7121
Seattle, WA 98101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 5/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | City of Seattle -- Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges and the American Bar Association | 10/8/2017 to 10/11/2017 | Las Vegas, NV | Attendance at National Conference of Bankruptcy Judges | Airfare, lodging, meals and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 5/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Washington Federal (Account) (X) | A | Interest | K | T | | | | | |
| 2.  Seattle Metro Credit Union (Account) | A | Interest | L | T | | | | | |
| 3.  Sound Credit Union (Account) | A | Interest | J | T | | | | | |
| 4.  Advisors Disc Trust UIT 1005 | A | Dividend | J | T | | | | | |
| 5.  American Century GNMA (fka Amcent: Ben GNMA) | C | Dividend | M | T | | | | | |
| 6.  I Shares MSCI Emerging Markets | A | Dividend | J | T | Sold (part) | 08/29/17 | J | A | |
| 7.  I Shares MSCI EAFE Index | A | Dividend | K | T | Sold (part) | 08/29/17 | J | C | |
| 8.  I Shares S&P Mid 400 Index (fka I Shares S&P Mid Blend) | A | Dividend | J | T | Sold (part) | 08/29/17 | J | B | |
| 9.  I Shares S&P Mid 400 Value Index | A | Dividend | J | T | Sold (part) | 08/29/17 | J | B | |
| 10.  I Shares Trust Dow Jones | A | Dividend | J | T | Sold (part) | 08/29/17 | J | B | |
| 11.  I Shares S&P US Preferred Stock Index | A | Dividend | J | T | Sold (part) | 08/29/17 | J | C | |
| 12.  I Shares S&P Small 600 Index (fka I Shrs S&P Smallcap Blend) | A | Dividend | K | T | Sold (part) | 08/29/17 | J | D | |
| 13.  I Shares S&P Small 600 Growth | A | Dividend | J | T | Sold (part) | 08/29/17 | J | B | |
| 14.  I Shares S&P Small 600 Value Index | A | Dividend | J | T | Sold (part) | 08/29/17 | J | B | |
| 15.  American Funds Capital Income Builder Fund | B | Dividend | K | T | | | | | |
| 16.  American Funds Income Fund of America | B | Dividend | K | T | | | | | |
| 17.  Credit Suisse Commodity Ret Strategy | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lazard Developing Markets | A | Dividend | J | T | | | | | |
| 19. Oppenheimer Developing Markets | A | Dividend | J | T | | | | | |
| 20. American Funds EuroPacfic | A | Dividend | L | T | | | | | |
| 21. Artisan International | A | Dividend | K | T | | | | | |
| 22. American Funds Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 23. Ford Motor Company | A | Dividend | J | T | | | | | |
| 24. JHancock3 Disciplined Equity Fund | A | Dividend | J | T | | | | | |
| 25. Loomis Sayles Growth Fund | A | Dividend | L | T | | | | | |
| 26. Lord Abbett Short Duration | B | Dividend | L | T | | | | | |
| 27. MFS Value Fund | A | Dividend | K | T | | | | | |
| 28. Microsoft Corporation | A | Dividend | J | T | | | | | |
| 29. Oracle Corporation | A | Dividend | J | T | | | | | |
| 30. Russell Global Real Estate Fund | A | Dividend | K | T | | | | | |
| 31. Schwab Diversified Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 32. Schawb Govt Securities Fund | A | Dividend | K | T | | | | | |
| 33. Schwab International Equity | A | Dividend | K | T | | | | | |
| 34. Schwab S&P 500 Index | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab US Aggregate Bond | B | Dividend | L | T | | | | | |
| 36. Schwab US Large Growth | A | Dividend | K | T | | | | | |
| 37. Schwab US Small Blend | A | Dividend | L | T | | | | | |
| 38. Toyota Motor Corp ADR | A | Dividend | J | T | | | | | |
| 39. Vanguard Intermediate Tax Exempt Bond | B | Dividend | L | T | | | | | |
| 40. American Balanced Fund | A | Dividend | K | T | | | | | |
| 41. PIMCO Foreign Bond Fund | A | Dividend | K | T | | | | | |
| 42. Powershares QQQ | A | Dividend | L | T | Sold (part) | 08/29/17 | J | D | |
| 43. Schwab Money Market | A | Dividend | M | T | | | | | |
| 44. Schwab Retirement Money Market | A | Dividend | J | T | | | | | |
| 45. Schwab US Mid Blend | A | Dividend | L | T | | | | | |
| 46. SPDR S&P 500 | A | Dividend | K | T | Sold (part) | 08/29/17 | J | D | |
| 47. Vanguard REIT Index | B | Dividend | K | T | Sold (part) | 08/29/17 | J | C | |
| 48. Delafield Fund | A | Dividend | L | T | | | | | |
| 49. Schwab US REIT | A | Dividend | J | T | | | | | |
| 50. Silver Standard Resources | A | Dividend | J | T | | | | | |
| 51. US Geothermal | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Baird Mid Cap Investors | A | Dividend | J | T | | | | | |
| 53. Schwab Cash & Money Market | A | Int./Div. | K | T | | | | | |
| 54. Schwab Cash & Money Market (IRA) | A | Interest | J | T | | | | | |
| 55. Bank of America (Account) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 5/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Schwab Mid Cap Index (#9 in 2016 report) was errantly listed on the 2016 report, but is redundant of #45 - Schwab US Mid Blend.

American Funds Capital Income Builder was listed twice in the 2016 report (#16 and #42 in 2016 report). The separate listing of the same asset has been combined in this year's report.

American Funds Income Fund of America was listed twice in the 2016 report (#17 and #43 in 2016 report). The separate listing of the same asset has been combined in this year's report.

Loomis Sayles Growth Fund was listed twice in the 2016 report (#27 and #45 in 2016 report). The separate listing of the same asset has been combined in this year's report.

Oppenheimer Developing Markets was listed twice in the 2016 report (#20 and #46 in 2016 report). The separate listing of the same asset have been combined in this year's report.

Vanguard REIT has been combined into Vanguard REIT Index (#47) as the same asset. (#53 and #54 in 2016 report)

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 5/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Marc L. Barreca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544